IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10708
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BENJAMIN RODRIGUEZ MACIAS,
a/k/a Howdy,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:92-CR-279-R
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Benjamin Rodriguez Macias appeals the sentence imposed by the district court after he pleaded guilty to distribution of cocaine. He argues that the court erred by increasing his offense level based on the possession of a dangerous weapon and by holding him accountable for drug quantities reflected in notes found at his residence. We have reviewed the record and Macias's brief and AFFIRM Macias's sentence for the same reasons given by the district court at sentencing.

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.